**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
**CEGA LAW GROUP**
1771 E. Flamingo Road, Ste #211B
Las Vegas, NV 89119
T (702) 358-1138
F (702) 253-6997
carl@cegalawgroup.com

**TAELOR S. EVANS, ESQ.**
Nevada Bar No. 14704
**VERNON EVANS II, ESQ.**
Nevada Bar No. 14705
**LAWYERS WITH ATTITUDE**
5550 Painted Mirage Rd, Ste #550
Las Vegas, NV 89149
T (702) 881-2212
F (702) 253-6997

*Attorney for Plaintiff*
*Rebecca Bobowski*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **REBECCA BOBOWSKI,** an individual,<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CITY OF HENDERSON,** a municipal entity**; CHRISTIAN SALAS HPD OFFICER #2779,** individually and in his official capacity as a police officer; **AUTUMN OWENS OFFICER #2846,** individually and in her official capacity as a police officer; **DETECTIVE MATTHEW KROOK, HPD DECTECTIVE #2331**. Individually and in his official capacity as a police detective; **REGGIE RADER, CHIEF OF POLICE FOR THE CITY OF HENDERSON,** in his official capacity**;** | **Case No.: 2:26-cv-02039-CDS-BMW** |

**DEPUTY CHIEF MATT MURNANE,** in his official capacity**; DOE DEFENDANTS I–XX,** inclusive,

**Defendant.**

**[PROPOSED] STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Plaintiff, REBECCA BOBOWSKI appearing by and through her counsel of record, Carl E. G. Arnold, Esq., of CEGA LAW GROUP and Taelor S. Evans, Esq. and Vernon Evans II, Esq. of LAWYERS WITH ATTITUDE; Defendant City of Henderson by and through its attorney of record, Wade B. Gochnour, Esq., of HENDERSON CITY ATTORNEY'S OFFICE**,** hereby submit their stipulated Discovery Plan and Scheduling Order pursuant to Federal Rules of Civil Procedure16 and 26, as well as LR 16-1 and 26-1. It is hereby requested that the Court enter the following discovery plan and scheduling order:

1. **DISCOVERY PLAN:**

   a. **Discovery Cut-Off:** February 16, 2027 (180 Days from the date Defendants appeared on August 20, 2026).

   b. **Deadline to Amend Pleadings:** November 18, 2026 (90 days prior to the close of discovery).

   c. **Deadline to Disclose Initial Expert:** December 18, 2026 (60 days prior to the close of discovery).

   d. **Deadline to Disclose Rebuttal Expert:** January 18, 2027 (30 days after the Initial Disclosures Disclosure of Experts).

   e. **Deadline to File Dispositive Motions**: March 18, 2027 (30 days after the close of discovery).

**2. Pre-Trial Order:**

The Parties shall file a joint pretrial order no later than April 19, 2027, or thirty (30) days after the date set for filing dispositive motions. In the event that the Parties file dispositive motions, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or further Order of the Court. The disclosure required by Federal Rule of Civil Procedure 26(a)(3) and objections thereto shall be made in the pre-trial order.

**3. Initial Disclosures:**

The Parties will serve their initial disclosures on or before September 15, 2026. Any party seeking damages shall comply with Federal Rule of Civil Procedure 26(a)(1)(A)(iii).

**4. Extension of Discovery Deadline:**

Requests to extend the discovery deadlines shall comply fully with LR 26-3. Applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. The motion or stipulation shall include:

a. A statement specifying the discovery completed by the Parties as of the date of the motion or stipulation;

b. A specific description of the discovery which remains to be completed;

c. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

d. A proposed schedule for the completion of all remaining discovery.

It is not good cause for a later request to extend discovery that the Parties informally postponed discovery. Any stipulation that would interfere with any time set for completion of discovery, for hearing of a motion, or for trial, may be made only with approval of the Court.

**5. Electronically Stored Information ("ESI"):**

The Parties stipulate and agree that all discoverable documents will be produced in Portable Document Format ("PDF") with optical text recognition (electronically searchable text) as reasonably practicable. Documents may be produced through secure electronic file transfer, encrypted electronic storage media (including USB flash drives or external hard drives), cloud-based file sharing, or such other mutually agreeable electronic means. While the Parties agree at this time that it is not necessary to produce the metadata for electronic documents, the Parties reserve their respective rights to request such information should any Party deem it necessary. This agreement only determines the format in which the Parties produce documents; it does not affect any other right of any Party.

6. **LR 26-1(b) Certifications:**

The Parties certify that they have considered consenting to trial by magistrate judge and use of the Short Trial Program. The Parties further certify that they have met and conferred about the possibility of using alternative dispute resolution processes, including mediation, arbitration, and early neutral evaluation.

7. **Electronic Service:** The Parties agree to accept electronic service of discovery requests and responses and other papers pursuant to Federal Rule of Civil Procedure 5(b)(2)(E). For electronic service to be effective as to Plaintiff, electronic service shall be sent to Carl E.G. Arnold, Esq., at carl@cegalawgroup.com, Taelor S. Evans at taelor@lwa-legal.com, and Vernon Evans II, Esq. at vernon@lwa-legal.com. For electronic service to be effective as to Defendant, electronic service shall be sent to Wade B. Gochnour at wade.gochnour@cityofhenderson.com with a copy to Shonda Johnson at Shonda.johnson@cityofhenderson.com. To the extent discovery requests are served on a Saturday, Sunday, or legal holiday, service will be deemed effective on the next day that is not a Saturday, Sunday, or legal holiday. The Parties discussed whether they intend to present

evidence in electronic format to jurors for the purpose of jury deliberations and agreed that should discovery be provided in an electronic format at trial, it will be compatible with the Court's electronic jury evidence display system pursuant to LR 26-1(b)(9).

**8. Protective Orders:**

Any Party may seek to enter into a stipulated protective order pursuant to Federal Rule of Civil Procedure 26(c) prior to producing any confidential documents in its possession.

**9. Statement of Reasons Why Longer or Different Time Periods Should Apply to this Case:**

The Parties proposed discovery plan is in compliance with the deadlines set forth in LR 26-1.

**IT IS SO STIPULATED.**

I certify that Artificial Intelligence was not used to prepare the foregoing document.

Dated: October 7, 2026.

**CEGA LAW GROUP**

/s/ Carl E.G. Arnold, Esq.
**CARL E.G. ARNOLD, ESQ.**
Nevada Bar No. 8358
1771 E Flamingo Rd #211B
Las Vegas, NV 89119
carl@cegalawgroup.com
*Attorney for Plaintiff*

**HENDERSON CITY ATTORNEY**

/s/ Wade B. Gochnour, Esq.
**WADE B.GOCHNOUR, ESQ.**
Nevada Bar No. 6314
240 Water Street, MSC 144
wade.gochnour@cityofHenderson.com
*Attorneys for Defendant City of Henderson*

///
///
///
///
///
///
///
///
///
///
///
///
///

**SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the Parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

**IT IS SO ORDERED.**

______________________________
UNITED STATES MAGISTRATE JUDGE

DATED: October 8, 2026

---

| | |
|---|---|
| **Subject:** | Re: Bobowski v. City of Henderson et al. 2:26-cv-02039-CDS-BMW |
| **Date:** | Wednesday, September 16, 2026 at 10:59:25 AM Pacific Daylight Time |
| **From:** | Vernon Evans |
| **To:** | Wade Gochnour |
| **CC:** | Carl Arnold, Taelor Evans, Shonda Johnson, Treatment CEGA Law |
| **Priority:** | High |
| **Attachments:** | image001.png, Bobowski Proposed Discovery Plan_ (002) WBG REV(2131754.1).docx |

Hello Wade,

I incorporated the suggestions you requested and affixed your signature.

Veronica,
Please file when you have a moment.

Sent from iPhone, please excuse any typos Outlook for iOS

**Vernon Evans II, Esq.**
Co- Founder & Attorney
**LAWYERS WITH ATTITUDE**
1091 S. Cimarron Rd., Ste. A-2
Las Vegas, Nevada 89145
Tel: 702.553.2937 | Fax: 702.447.9413
vernon@lwa-legal.com| lwa-legal.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

---

**From:** Wade Gochnour <Wade.Gochnour@cityofhenderson.com>
**Sent:** Thursday, September 10, 2026 12:10 PM
**To:** Vernon Evans <vernon@lwa-legal.com>
**Cc:** Carl Arnold <carl@cegalawgroup.com>; Taelor Evans <taelor@lwa-legal.com>; Shonda Johnson <Shonda.Johnson@cityofhenderson.com>
**Subject:** RE: Bobowski v. City of Henderson et al. 2:26-cv-02039-CDS-BMW

Vernon,

I have a few requested changes, mostly to avoid Saturdays and Sundays. With those changes, you can attach my electronic signature to the Discovery Plan.

**Wade Gochnour**
Assistant City Attorney

HENDERSON

**City of Henderson**
**City Attorney's Office**
240 S. Water St, MSC 144
Henderson, NV 89015
cityofhenderson.com

**T** 702-267-1389
**H** Mon-Thu, 7:30am-5:30pm

---

**From:** Vernon Evans <vernon@lwa-legal.com>
**Sent:** Thursday, September 10, 2026 10:55 AM
**To:** Wade Gochnour <Wade.Gochnour@cityofhenderson.com>
**Cc:** Carl Arnold <carl@cegalawgroup.com>; Taelor Evans <taelor@lwa-legal.com>; Shonda Johnson <Shonda.Johnson@cityofhenderson.com>
**Subject:** Re: Bobowski v. City of Henderson et al. 2:26-cv-02039-CDS-BMW [COHCAO-LEGAL.FID210169]

EXTERNAL EMAIL – USE CAUTION

No problem at all. I just forwarded it to you. Let me know if you receive it.

Sent from iPhone, please excuse any typos Outlook for iOS

**Vernon Evans II, Esq.**
Co- Founder & Attorney
**LAWYERS WITH ATTITUDE**
1091 S. Cimarron Rd., Ste. A-2
Las Vegas, Nevada 89145
Tel: 702.553.2937 | Fax: 702.447.9413
vernon@lwa-legal.com| lwa-legal.com

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.